THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH J. DODSON, | Case No. 06-CV-5669 RJB |
| Plaintiff, | *AMENDED* STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN DEPOSITIONS, AND EXPERT DISCOVERY |
| v. | |
| MORGAN STANLEY DW INC., | |
| Defendant. | |

COME NOW the parties, by and through counsel, and stipulate that the period for conducting discovery concerning anticipated expert testimony shall be extended from September 14, 2007 to September 28, 2007.  The parties also agree that the deadline for non-expert discovery shall also be extended from August 31, 2007 to September 28, 2007, for the limited purpose of conducting the depositions of third parties John West, Christopher Lucero and Jeffrey Snider.

This extension is required to accommodate the schedules of the third party witnesses and the parties' recent agreement concerning mediation in the matter, which will be held on August 31, 2007.

///

///

DATED this 21st day of August, 2007.

By:_____/s/ Terry A. Venneberg_____
              Terry A. Venneberg
              WSBA No. 31348
              1126 Highland Avenue, Suite 101
              Bremerton, Washington 98337
              Telephone: (360) 377-3566
              Fax: (360) 377-4614
              E-mail: tavlaw@qwest.net

Dated this 21st day of August, 2007.

SCHWABE, WILLIAMSON & WYATT, P.C.

BY:   /S/ STEPHANIE P. BERNTSEN
       Thomas V. Dulcich, WSBA # 13807
       E-Mail:  tdulcich@schwabe.com
       Stephanie P. Berntsen, WSBA # 33072
       E-Mail:  sberntsen@schwabe.com
       SCHWABE, WILLIAMSON & WYATT,
P.C.   1420 Fifth Ave., Suite 3010
       Seattle, WA 98101
       Telephone:  206.622.1711
       Fax:  206.292.0460

       /s/ L. Julius M. Turman
       L. Julius M. Turman, *Admitted Pro Hac Vice*
       E-mail:  jturman@morganlewis.com
       MORGAN, LEWIS & BOCKIUS LLP
       One Market, Spear Tower
       San Francisco, CA 94105
       Telephone:  415.442.1361
       Fax:  415.442.1001

       /s/ Mark S. Dichter
       Mark S. Dichter, *Admitted Pro Hac Vice*
       E-Mail:  mdichter@morganlewis.com
       MORGAN, LEWIS & BOCKIUS LLP
       1701 Market Street
       Philadelphia, PA 19103
       Telephone:  215.963.5000
       Fax:  215.963.5001
       *Attorneys for Defendant*
       *Morgan Stanley DW Inc.*

## ORDER

IT IS SO ORDERED.


DATED this 22nd day of August, 2007.


Robert J Bryan
United States District Judge


## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August 2007, I caused to be served the

foregoing *AMENDED* STIPULATION TO EXTEND DEADLINE FOR CERTAIN

DEPOSITIONS, AND EXPERT DISCOVERY using the CM/ECF System which will

send notification of such filing to the following:

Terry A. Venneberg
Attorney At Law
1126 Highland Avenue, Suite 101
Bremerton, WA  983367

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA  98337

by:
U.S. Postal Service, ordinary first class mail
U.S. Postal Service, certified or registered mail,
return receipt requested
hand delivery
facsimile
electronic service
other (specify)


/s/ Stephanie P. Berntsen