THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH J. DODSON,<br><br>          Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW INC.,<br><br>          Defendant. | Case No. 06-CV-5669 RJB<br><br>STIPULATION AND ORDER TO EXTEND THE TIME TO FILE A REPLY BRIEF IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT |

COME NOW the parties, by and through their respective counsel, and stipulate that the date for filing the reply brief shall be extended from October 19, 2007 to October 23, 2007.    This extension is required to eliminate any prejudice that may result from the late filing of the documents in opposition of the Motion for Summary Judgment and, despite the best efforts of Defendant's Counsel, they are unable to complete the reply brief during the shorten four (4) day period for the filing of the reply brief.

//

//

//

//

DATED this 19th day of October, 2007.

By: /s/ Terry A. Venneberg

Terry A. Venneberg
WSBA No. 31348
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Telephone: (360) 377-3566
Fax: (360) 377-4614
E-mail: tavlaw@qwest.net

DATED this 19th day of October, 2007.

By: /s/ Stephanie P. Berntsen
Thomas V. Dulcich, WSBA # 13807
E-Mail: tdulcich@schwabe.com
Stephanie P. Berntsen, WSBA # 33072
E-Mail: sberntsen@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 Fifth Ave., Suite 3010
Seattle, WA  98101
Telephone:  206.622.1711
Fax: 206.292.0460

By: /s/ L. Julius M. Turman
L. Julius M. Turman, *Admitted Pro Hac Vice*
E-Mail:  jturman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA  94105
Telephone:  415.442.1361
Fax:  415.442.1001
*Attorneys for Defendant Morgan Stanley & Co. Incorporated*

## ORDER

IT IS SO ORDERED.

Defendant shall file its reply to the opposition to the Motion for Summary Judgment on or before October 23, 2007.

DATED this 19th day of October, 2007.

Robert J Bryan
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2007, I caused to be served the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME TO FILE A REPLY BRIEF IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT using the CM/ECF System which will send notification of such filing to the following:

Terry A. Venneberg
Attorney At Law
1126 Highland Avenue, Suite 101
Bremerton, WA  983367

Kenneth R. Friedman
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, WA  98337

by:
    U.S. Postal Service, ordinary first class mail
    U.S. Postal Service, certified or registered mail, return receipt requested
    hand delivery
    facsimile

electronic service
other (specify)

/s/ Stephanie P. Berntsen