UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBORAH J. DODSON,

        Plaintiff,

    v.

MORGAN STANLEY DW INC.,

        Defendant.

C06-5669RJB

MINUTE ORDER
RE: MOTIONS IN LIMINE

NOW, on this 10th of December, 2007, the Court directs the Clerk to enter the following Minute Order for the reasons stated orally during the pretrial conference held on December 7, 2007:

**(Dkt #74)** Plaintiff's Motion to Exclude Testimony of Margaret Heller - **GRANTED**;

**(Dkt #75)** Plaintiff's Motion to Preclude Morgan Stanley from Calling Previously Unidentified Witnesses in Case-in-Chief - **DENIED,** with exception for witnesses Ecklund, Santa Cruz and Sullivan who may testify for impeachment purposes only and not as general rebuttal witnesses;

**(Dkt #78)** Plaintiff's Motion in Limine Re: Child Support- **DENIED without Prejudice**;

**(Dkt #79)** Plaintiff's Motion in Limine Re: Employment Security Determination - **GRANTED**;

**(Dkt #80)** Plaintiff's Motion in Limine to Exclude Portions of Proposed Testimony of Terry Lloyd - **DENIED**;

**(Dkt #81)** Plaintiff's Motion in Limine to Preclude Morgan Stanly from Offering Previously Undisclosed Exhibits at Trial - **Ruling Reserved**;

**(Dkt #83)** Plaintiff's Motion in Limine Preclude Certain Proposed Expert Testimony of Philip E. Tetlock- **GRANTED**;

**(Dkt #84)** Defendant's Motion in Limine No. 1 to Preclude the Testimony of Improperly Disclosed Witnesses - **DENIED** as to witnesses Johnson, Gaffney, Gustafson,

G. Thompson, L. Thompson, Connett, Sherwood, D'Aurora, Andrews, Anderson, Copeland, Levene, and Melville; **GRANTED** as to witnesses Hall, Sandvig, Wingerter, Plancich, B. Lind and R. Lind;

**(Dkt #85)** Defendant's Motion in Limine No. 2 to Exclude the Testimony and Opinion of Louise Roth - **GRANTED**;

**(Dkt #86)** Defendant's Motion in Limine No. 3 to Exclude the Report, Evidence, Testimony and Opinion of Eguene Silberberg - **DENIED;**

**(Dkt #87)** Defendant's Motion in Limine No. 4 to Exclude Reference to and Evidence of EEOC Determination - **DENIED**;

**(Dkt #88)** Defendant's Motion in Limine No. 5 to Exclude Any Evidence or Testimony Regarding any Other Claims, Lawsuit, Investigations, Complaint or Grievances Involving Morgan Stanley - **GRANTED**;

**(Dkt #89)** Defendant's Motion in Limine No. 6 to Exclude Any Evidence or Testimony Regarding Morgan Stanley's Account Distribution Policy - **DENIED**;

**(Dkt #90)** Defendant's Motion in Limine No. 7 to Exclude Referenced to Stray Remarks - **DENIED**;

**(Dkt #91)** Defendant's Motion in Limine No. 8 to Exclude Any Evidence or Testimony Regarding Christopher Lucero's Prior Test Scores - **DENIED**;

**(Dkt #92)** Defendant's Motion in Limine No. 9 to Bifurcate Liability and Damages Phases of the Trial; Exclude Evidence of Defendant's Financial Condition During Liability Phase; and Exclude Punitive Damages from Consideration - **DENIED**;

**(Dkt #93)** Defendant's Motion in Limine No. 10 to Exclude Speculative Damages - **DENIED;**

**(Dkt #94)** Defendant's Motion in Limine No. 11 to Exclude Evidence in Support of Plaintiff's Discrimination Claim that is Barred by the Statute of Limitations - **DENIED**;

The parties are cautioned that the foregoing denials do not necessarily make the questioned evidence admissible at trial, and that evidence excluded by the granting of these motions in limine may be reconsidered at trial, out of the presence of the jury, should the events of trial make such reconsideration appropriate.

The foregoing Minute Order entered by Dara Kaleel, by direction of the Honorable ROBERT J. BRYAN, United States District Judge.