# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH J. DODSON | JUDGMENT IN A CIVIL CASE |
| v. | |
| MORGAN STANLEY DW INC. | CASE NUMBER: C06-5669RJB |

____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Plaintiff's Motion to Enforce Settlement Agreement (Dkt #155) is GRANTED; judgment is entered for plaintiff and against defendant in the amount of $750,000.00.  Upon receipt of said funds, plaintiff should deliver to defendants a Release of All Claims as well as a Satisfaction of said Judgment.

February 4, 2008                                                            BRUCE RIFKIN
                                                                                          Clerk

                                                                                          /s/ Dara L. Kaleel
                                                                                          By Dara L. Kaleel, Deputy Clerk